# Court of Appeals
# of the State of Georgia

ATLANTA,  January 31, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0482. MANSON v. McDANIEL.**

This appeal was docketed on October 30, 2012. Court of Appeals Rule 23 (a) provides that appellant's brief shall be filed within 20 days after the appeal is docketed.  Failure to file within that time, unless extended upon motion for good cause shown, may subject the appeal to be dismissal.  Court Rule 23 (a) also provides that any motion for extension of time to file appellant's brief and enumeration of errors must be filed before the date the documents are due or the Court may dismiss the appeal. *Smith v. R. James Properties, Inc.*, 292 Ga. App. 317 (665 SE2d 19) (2008).

The appellant was granted an extension of time until December 10, 2012 to file his brief. Although he attempted to file a brief on December 10, 2012, it was returned to him for recasting because he failed to make records citations in proper form, and the appellant never re-submitted his brief.

The appellee has moved us to dismiss the appeal because as of the date of this order, the appellant has not filed his brief. We hereby grant the motion and dismiss the appeal.  Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/31/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*